# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

GARY MARTINEZ,

    Plaintiff,

v.                                                            Civ. No. 17-115 GJF

NANCY BERRYHILL, *Acting*
*Commissioner of the Social Security*
*Administration*,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Unopposed Motion for Remand" [ECF No. 21] filed by Defendant on August 21, 2017, this Final Judgment adjudicates all existing claims and liabilities of the parties and awards judgment in favor of Plaintiff.

**IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*